797 A.2d 231

**Alphonzo VAUGHAN, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

**No. 40 M.D. Appeal Docket 2001.**

Supreme Court of Pennsylvania.

May 1, 2001.

**ORDER**

PER CURIAM.

**AND NOW,** this 1st day of May, 2001, probable jurisdiction is herewith noted and the order appealed is affirmed.